# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

Carl Blackburn,

        Plaintiff,

v.

The Credit Repair Group, Inc.; and DOES 1-10, inclusive,

        Defendants.

Civil Action No.: _____

**COMPLAINT**

For this Complaint, the Plaintiff, Carl Blackburn, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiff's TCPA claims. Mims v. Arrow Fin. Serv., LLC, 132 S.Ct. 740 (2012).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

4. The Plaintiff, Carl Blackburn, is an individual residing in Niota, Illinois 62358.

5. The Defendant, The Credit Repair Group, Inc. ("CRG"), is a California business entity with an address of 12802 Valley View Street Suite 4, Garden Grove, California 92845.

## FACTS

6. Within the last year, CRG contacted Plaintiff using an automated telephone dialer system (hereafter "Robocalls").

7. CRG placed up to five (5) Robocalls a week to Plaintiff's cellular phone line (xxx-xxx- 9763).

8. Plaintiff never provided his cellular phone number to CRG.

9. On numerous occasions Plaintiff placed calls to CRG in an attempt to request that CRG cease calls. However, Plaintiffs calls were not answered or returned.

### A. **Plaintiff Suffered Actual Damages**

10. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendant's unlawful conduct.

## COUNT I

### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et seq.*

11. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. Without prior consent the Defendant contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. The foregoing acts and omissions of the Defendant violate the Telephone Consumer Protection Act, including every one of the above-cited provisions.

14. The Plaintiff is entitled to damages as a result of the Defendant's violations.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff respectfully prays that judgment be awarded in the Plaintiff's favor and against the Defendant as follows:

1. Statutory damages of $500.00 for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Attorney's costs and fees; and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: June 21, 2012

Respectfully submitted,

By ⎯⎯/s/ Sergei Lemberg⎯⎯⎯⎯

Sergei Lemberg (SL 6331)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff