E-FILED
Monday, 23 July, 2012  08:23:25 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Carl Blackburn,<br><br>                    Plaintiff,<br><br>v.<br><br>The Credit Repair Group, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  1:12-cv-01202-JBM-JAG |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## **PURSUANT TO RULE 41(a)**

Carl Blackburn ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 23, 2012

>                                         Respectfully submitted,
> 
>                                         PLAINTIFF, Carl Blackburn
> 
>                                         By:  /s/ Sergei Lemberg
>                                         Sergei Lemberg, Esq.
>                                         LEMBERG & ASSOCIATES L.L.C.
>                                         1100 Summer Street, 3rd Floor
>                                         Stamford, CT 06905
>                                         Telephone: (203) 653-2250
>                                         Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Central District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By  /s/ Sergei Lemberg  
                                                      Sergei Lemberg